IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL DIXON,

        Petitioner,

  v.

ANTHONY LA MARQUE, Warden,

        Respondent.
                                        /

No. CV-01-4974 MMC (PR)

**AMENDED JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** the petition for a writ of habeas corpus is GRANTED. Respondent shall release Petitioner from custody, unless, within ninety (90) days of the entry of judgment, the state (1) commences retrial proceedings on the sex offense charges, or (2) commences re-sentencing proceedings on the two charges that are not affected by this Court's order.

Dated: August 10, 2007

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk